**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-557-GCM**

|                          |             |   |         |
|--------------------------|-------------|---|---------|
|                          |             | ) |         |
| **GENE COKER,**          |             | ) |         |
|                          | **Plaintiff,** | ) |         |
| **v.**                   |             | ) | **ORDER** |
|                          |             | ) |         |
| **XPO LOGISTICS, INC.,** |             | ) |         |
|                          | **Defendant.** | ) |         |
|                          |             | ) |         |

     **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **John S. Marshall,** filed on September 11, 2018 [doc. # 15].

     Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

     In accordance with Local Rule 83.1 (B), Mr. Marshall is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Gene Coker.

     **IT IS SO ORDERED.**

Signed: September 13, 2018

Graham C. Mullen
United States District Judge